## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

REALTY ENTERPRISES, LLC AND
STEPHEN SUDHOP,

              Petitioners

        v.

MARPLE TOWNSHIP,

            Respondent

: No. 350 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.